JS-6

1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

United States of America,                 | Case No.  CV 15-08653-AB (JCx)
                 Plaintiff,
                                           | ORDER DISMISSING CIVIL ACTION
v.

Mary Derparseghian, et al.,
                 Defendants.

THE COURT having been advised that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 20, 2016

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1